**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | **Case No. 11-01813** |
| **ANGELA JONES,** | ) | **Honorable Pamela S. Hollis** |
| | ) | |
| **Debtor.** | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

| | |
|---|---|
| Name of Applicant: | Neal, Gerber & Eisenberg LLP (by Trustee) |
| Authorized to Provide Professional Services to: | Trustee |
| Date of Retention: | April 12, 2011, retroactive to March 30, 2011 |
| Period for which compensation and reimbursement is sought: | March 30, 2011 to date |
| Amount of fees sought as actual, reasonable and necessary | $16,791.50 |
| Amount of expenses sought as actual, reasonable and necessary | $698.05 |

This is a(n):  __ monthly    __ interim    ✔ final application

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | | | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: <u>$0.00.</u>

Date: <u>August 14, 2012</u>      By: <u>*/s/ Kevin G. Schneider*</u>
                                     Kevin G. Schneider

NGEDOCS: 1970705.1

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 11-01813 |
| ANGELA JONES, | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor. | ) | |
| | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR NEAL, GERBER & EISENBERG LLP,
ATTORNEYS FOR DEBORAH M. GUTFELD,
TRUSTEE FOR THE BANKRUPTCY ESTATE OF ANGELA JONES**

Trustee, Deborah M. Gutfeld, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Neal, Gerber & Eisenberg LLP ("NGE"), attorneys for Trustee, of compensation of $16,791.50 for 50.10 hours of legal services rendered to Trustee (including 1 hour of estimated time to prepare this Application and attend the hearing on same) as well as reimbursement for certain and necessary costs in the amount of $698.05, from April 12, 2011, to the present.

In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1. On January 18, 2011, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Ms. Gutfeld was appointed trustee.

2. The meeting of creditors was held on March 3, 2011.

3. On March 4, 2011, Trustee entered her Report of No Distribution.

4. On or about March 30, 2011, Debtor filed Amended Schedules, including employment discrimination litigation.

5. On March 30, 2011, Trustee entered her Initial Report of Assets.

6. On April 12, 2011, this Court entered an Order granting Trustee's application to employ Neal, Gerber & Eisenberg LLP as Trustee's General Counsel, retroactive to March 30, 2011.

7. Trustee is currently holding approximately $23,025.00 in her Trustee bank account for this matter.

8. All professional services for which compensation is requested herein were performed by NGE and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for her services as trustee herein, and does not request interim compensation for those services at this time.

### NATURE OF LEGAL SERVICES PERFORMED BY
### NEAL, GERBER & EISENBERG LLP

9. NGE has served as counsel for the Trustee at all times in these proceedings since its appointment on April 12, 2011, retroactive to March 30, 2011. NGE has devoted its time to legal matters in this case, including the following:

#### A. EMPLOYMENT AND PROFESSIONAL PERSONS

10. NGE prepared, drafted and obtained court approval to retain NGE as Trustee's General Counsel. In connection with the retention and request for payment, NGE expended 2.20 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $664.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1)**. The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Kevin G. Schneider | 2.20 |

## B. ASSETS

11. In connection with assets for this bankruptcy estate, NGE reviewed the docket and pleadings regarding Debtor's employment discrimination case. NGE drafted the following: objection to defendant's motion to dismiss; motion for substitution, motion to employ in district court case, 9019 motion, settlement agreement and amended 9019 motion. NGE attended the status and court hearings. NGE researched cases on judicial estoppel, bad faith, standing and substitution of Trustee for plaintiff. NGE reviewed and analyzed EEOC and federal court documents, 26(a)(1) disclosures and created an analysis of likely damages and financial parameters for settlement. NGE corresponded and conferred with opposing counsel regarding discovery and settlement. In connection therewith, NGE expended 47.90 hours for which it requests compensation of $16,127.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2)**. The general breakdown of services rendered in this category is as follows:

| **NAME**            | **HOURS** |
|---------------------|-----------|
| Deborah M. Gutfeld  | 9.50      |
| Nicholas M. Miller  | 1.90      |
| Sonya Rosenberg     | 0.90      |
| Kevin G. Schneider  | 35.20     |
| R. Scott Johnson    | 0.40      |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

12. Since June 21, 2011, NGE has devoted 50.10 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $16,791.50.

13. In addition to fees requested above, NGE requests reimbursement for certain costs (copying and postage) in the amount of $698.05. Attached is **Exhibit B** is a breakdown of those costs.

14. Attached as **Exhibit C** is a biographical sketch (including billing rates) of the NGE personnel who performed services on this matter during the term of this Application.

15. Attached as **Exhibit D** is Deborah M. Gutfeld's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to NGE compensation in this bankruptcy proceeding in the amount of $16,791.50 for actual, necessary and valuable professional services rendered;

B. Authorizing the reimbursement of certain and necessary expenses in the amount of $698.05; and

C. For such other and further relief as this Court may deem equitable and just.

DEBORAH M. GUTFELD, TRUSTEE

By: */s/ Kevin G. Schneider*
One of her attorneys

Nicholas M. Miller (ARDC #6295723)
Kevin G. Schneider (ARDC #6302942)
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street, Suite 1700
Chicago, Illinois  60602
(312) 269-8000

NGEDOCS: 1970388.1