## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANGELA JONES | § | Case No. 11-01813 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on September 13, 2012 in courtroom 644 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/10/2012          By: Deborah M. Gutfeld
                                            Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANGELA JONES | § | Case No. 11-01813 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 23,025.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 23,025.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Capital One Auto Finance | $ 11,375.85 | $ 11,375.85 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 23,025.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 3,052.50 | $ 0.00 | $ 3,052.50 |
| Attorney for Trustee Fees: Neal Gerber & Eisenberg LLP | $ 17,489.55 | $ 0.00 | $ 17,489.55 |
| Accountant for Trustee Fees: Lois West, CPA | $ 828.00 | $ 0.00 | $ 828.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 21,370.05 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

       Remaining Balance                                                $_____1,654.95_

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

### NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,296.63  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  72.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Lvnv Funding Llc | $ 920.45 | $ 0.00 | $ 663.28 |
| 3 | American Infosource Lp As Agent For | $ 903.12 | $ 0.00 | $ 650.79 |
| 4 | American Infosource Lp As Agent For | $ 473.06 | $ 0.00 | $ 340.88 |

       Total to be paid to timely general unsecured creditors         $_____1,654.95_

       Remaining Balance                                                $_____0.00_

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


        Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

        Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


                     Prepared By:  Deborah M. Gutfeld                                     
                                                    Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 11-01813-PSH
Angela Jones                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vwalker          Page 1 of 3          Date Rcvd: Aug 14, 2012
                              Form ID: pdf006        Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2012.
```
db         +Angela Jones,   PO Box 39170,   Chicago, IL 60639-0170
16684701   +AFNI Insurance Services,   PO Box 20939,   Ferndale, MI 48220-0939
16684703   ++APPLIED BANK,   PO BOX 15809,   WILMINGTON DE 19850-5809
            (address filed with court:  Applied Bank,   601 Delaware Ave,   Wilmington, DE 19801)
16684700   +Account Recovery Service,   3031 N 114th St,   Milwaukee, WI 53222-4218
16684702    Allied Interstate, Inc,   300 Corporate Exch,   Columbus, OH 43231
16684704   +Argent Healthcare Financial Service,   8755 W. Higgins Rd STE 410,   Chicago, IL 60631-2708
16684705    Authorized Payday,   88 Trolley Square,   Wilmington, DE 19806
16684706   +Bassam Osman, M.D.,   36748 Treasury Center,   Chicago, IL 60694-6700
16684708    Budget Rent a Car,   Vehicle Damage Claims Dept,   PO BOX 598205,   Orlando, FL 32859
16684709   +Capital One,   PO Box 60000,   Attn: Bankruptcy Dept,   Seattle, WA 98190-6000
16684713   +Cbcs,   Po Box 163250,   Columbus, OH 43216-3250
16684714   +Chart One, Inc.,   PO BOX 152472,   Irving, TX 75015-2472
16684715   +Charter One,   1 Citizens Drive,   Riverside, RI 02915-3019
16684716   +Chicago Sun Times,   PO Box 3591,   Chicago, IL 60654-0594
16684720   +Crd Prt Asso,   Attn: Bankruptcy,   Po Box 802068,   Dallas, TX 75380-2068
16684721   +Credit One Bank,   PO Box 98873,   Las Vegas, NV 89193-8873
16684722   +Direct Tv,   PO Box 78626,   Phoenix, AZ 85062-8626
16684723   +ERSolutions,   500 SW 7th Street, #A100,   P.O. Box Box 9004,   Renton, WA 98057-2983
16684724   +Fingerhut,   PO Box 1250,   Saint Cloud, MN 56395-1250
16684726   +First Cash Financial Services,   PO Box 910,   Euless, TX 76039-0910
16684727   +Geico,   4295 Ocmulgee East Blvd,   Macon, GA 31295-0002
16684730   +JNR Adjustment Company Inc.,   1375 S. Semoran Blvd,   Suite 1347,   Winter Park, FL 32792-5513
16684729   +Jefferson Capital Syst,   16 Mcleland Rd,   Saint Cloud, MN 56303-2198
17047455    Kevin Patrick Shea,   Ungaretti & Harris LLP,   2500 Three First National Plaza,
             Chicago, IL 60602
16684734   +Medical Recovery Services,   2250 E. Devon, Ste. 352,   Des Plaines, IL 60018-4519
16684735   +Nars Call Center Solutions,   POBox 701,   Chesterfield, MO 63006-0701
16684736   +National Credit Adjusters,   PO Box 3023,   Hutchinson, KS 67504-3023
16684738   +One Iron Ventures Inc.,   1238 n ashland,   Chicago, IL 60622-2257
16684739   +PC Campbell,   PO BOX 15497,   Wilmington, DE 19850-5497
16684740   +Penn Credit Corp,   PO Box 988,   Harrisburg, PA 17108-0988
16684742    Resurgent Capital Services,   6341 Inducon Drive East,   Sanborn, NY 14132-9097
16684744   +Richard J. Boudreau & Associates,   5 Industrial Way,   Salem, NH 03079-4866
16684746   +Rush Oak Park Hospital,   520 S Maple Ave,   Oak Park, IL 60304-1097
16684749   +Silkies,   PO Box 70101,   Philadelphia, PA 19176-0101
16684750   +Sinai Health System,   2750 W 15th Place,   Chicago, IL 60608-1704
16684751    Sprint,   PO Box 541023,   Los Angeles, CA 90054-1023
16684754   +Stratford Career Institute,   12 Champlain Commons,   PO BOX 1560,   Saint Albans, VT 05478-5560
16684755   +Sun Cash Loans,   598 Torrence Ave,   Calumet City, IL 60409-3813
16684756   +T Mobile,   P.O. Box 742596,   Cincinnati, OH 45274-2596
16684757   +Thomas George Associates,   PO Box 30,   East Northport, NY 11731-0030
17047456   +Tracey Lynn Truesdale,   Ogletree Deakins Nash Smoak & St,   155 N Wacker Suite 4300,
             Chicago, IL 60606-1731
16684759   +USCB,   P.O. Box 1259 Dept. 25271,   Oaks, PA 19456-1259
16684760   +Uscb Corporation,   101 Harrison St,   Archbald, PA 18403-1961
16684761    Vengroff, Williams & Associates,Inc,   P.O. Box 4155,   Sarasota, FL 34230-4155
16684763   +Virginia Lampton,   1444 N Lawler,   Floor 1,   Chicago, IL 60651-1517
16684764   +Visa,   PO BOX 30050,   Tampa, FL 33630-3050
16684765   +West Subruban Hospital,   3 Erie Court,   Oak Park, IL 60302-2599
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16684703    E-mail/Text: bnc-applied@quantum3group.com Aug 15 2012 03:19:38     Applied Bank,
             601 Delaware Ave,   Wilmington, DE 19801
17384257    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 15 2012 02:18:31
             American InfoSource LP as agent for,   US Cellular,   PO Box 248838,
             Oklahoma City, OK  73124-8838
17391704    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 15 2012 02:18:31
             American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
             Oklahoma City, OK  73124-8848
16684712    E-mail/Text: bankruptcy@cavps.com Aug 15 2012 03:18:11     Cavalry Portfolio Services, LLC,
             PO Box 27288,   Tempe, AZ 85282
16684710   +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Aug 15 2012 02:00:52
             Capital One Auto Finan,   3901 Dallas Pkwy,   Plano, TX 75093-7864
16851094   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 15 2012 03:08:52
             Capital One Auto Finance,   c/o Ascension Capital Group Inc,   P O Box 201347,
             Arlington, TX 76006-1347
17103950   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 15 2012 02:18:34
             Capital One Auto Finance,   P.O. Box 201347,   Arlington, TX 76006-1347
16684711   +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Aug 15 2012 02:50:16     CashNetUSA.com,
             200 W Jackson Blvd,   14th Floor,   Chicago, IL 60606-6929
16684717   +E-mail/Text: legalcollections@comed.com Aug 15 2012 01:58:52     Com Ed,   Customer Care Center,
             PO Box 805379,   Chicago, IL 60680-4179
```

```
District/off: 0752-1          User: vwalker          Page 2 of 3          Date Rcvd: Aug 14, 2012
                              Form ID: pdf006        Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
16684718     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Aug 15 2012 03:10:12      Comcast,
              4851 N. Milwaukee,   Chicago, IL 60630-2145
16684719     +E-mail/Text: tpotts@ccsitexas.com Aug 15 2012 01:59:29      Complete Credit Soluti,
              2921 Brown Trl,   Bedford, TX 76021-4174
16684721     +E-mail/Text: creditonebknotifications@resurgent.com Aug 15 2012 01:54:52      Credit One Bank,
              PO Box 98873,   Las Vegas, NV 89193-8873
16684725     +Fax: 614-760-4092 Aug 15 2012 02:08:19      First Cash Advance,   4853a Broadway,
              Chicago, IL 60640-3603
16684728     +E-mail/Text: Bankruptcy@icsystem.com Aug 15 2012 03:10:56      IC System,
              444 Highway 96 East, P.O. Box 64437,   Saint Paul, MN 55164-0437
16684731     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 15 2012 01:52:07      LVNV Funding,
              P.O Box 10497,   Greenville, SC 29603-0497
17383727      E-mail/Text: resurgentbknotifications@resurgent.com Aug 15 2012 01:52:08      LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
16684732     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 15 2012 01:52:08      Lvnv Funding Llc,
              Po Box 740281,   Houston, TX 77274-0281
16684741     +E-mail/Text: bknotices@totalcardinc.com Aug 15 2012 03:10:43      Plains Commerce Bank,
              Po Box 89937,   Sioux Falls, SD 57109-6937
16684745     +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Aug 15 2012 01:56:10      RMCB,   POBox 1234,
              Elmsford, NY 10523-0934
16684747     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 15 2012 03:11:24      Sallie Mae,   Po Box 9500,
              Wilkes Barre, PA 18773-9500
16684748     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 15 2012 03:21:41      Sallie Mae Servicing,
              Po Box 9500,   Wilkes Barre, PA 18773-9500
16684752     +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Aug 15 2012 03:17:01
              State Farm Insurance,   PO Box 2329,   Bloomington, IL 61702-2329
16684758     +Fax: 866-419-3894 Aug 15 2012 02:58:26      US Cellular,   P.O. Box 0203,
              Palatine, IL 60055-0001
16684762     +E-mail/Text: bpeterson@vikingservice.com Aug 15 2012 02:00:57      Viking Collection Service,
              7500 Office Ridge Cir,   Eden Prairie, MN 55344-3783
                                                                          TOTAL: 24


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16684707     ##+Biehl & Biehl Inc,   PO Box 66415,   Chicago, IL 60666-0415
16684733     ##+MCI Residential,   POBox 9644,   Mission Hills, CA 91346-9644
16684737     ##+Nationwide Credit & Collection Inc,   9919 Roosevelt Road,   Westchester, IL 60154-2771
16684743     ##+RGS Financial,   POBox 2149,   Addison, TX 75001-2149
16684753     ##+Stephens and Michaels Associates,   63 Range Road,   Windham, NH 03087-2098
                                                                          TOTALS: 0, * 0, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2012**                          **Signature:** _Joseph Speetjens_

District/off: 0752-1                User: vwalker              Page 3 of 3              Date Rcvd: Aug 14, 2012
                                    Form ID: pdf006            Total Noticed: 69


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2012 at the address(es) listed below:
              Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
               dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
              Kevin G Schneider    on behalf of Trustee Deborah Gutfeld kschneider@ngelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William P Drew    on behalf of Debtor Angela Jones billdrew@sbcglobal.net
                                                                                        TOTAL: 4