# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                              §
                                    §
ANGELA JONES                        §        Case No. 11-01813
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED   CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on   . The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/DEBORAH M. GUTFELD _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Auto Finance |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Neal Gerber & Eisenberg LLP | | | | | |
| Lois West, CPA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate, Inc 300 Corporate Exch Columbus, OH 43231 | | | | | |
| | Allied Interstate, Inc 300 Corporate Exch Columbus, OH 43231 | | | | | |
| | Applied Bank 601 Delaware Ave Wilmington, DE 19801 | | | | | |
| | Applied Bank 601 Delaware Ave Wilmington, DE 19801 | | | | | |
| | Authorized Payday 88 Trolley Square Wilmington, DE 19806 | | | | | |
| | Authorized Payday 88 Trolley Square Wilmington, DE 19806 | | | | | |
| | Bassam Osman, M.D. 36748 Treasury Center Chicago, IL 60694 | | | | | |
| | Bassam Osman, M.D. 36748 Treasury Center Chicago, IL 60694 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Budget Rent a Car Vehicle Damage Claims Dept PO BOX 598205 Orlando, FL 32859 | | | | | |
| | Budget Rent a Car Vehicle Damage Claims Dept PO BOX 598205 Orlando, FL 32859 | | | | | |
| | Capital One Auto Finan 3901 Dallas Pkwy Plano, TX 75093 | | | | | |
| | Capital One Auto Finan 3901 Dallas Pkwy Plano, TX 75093 | | | | | |
| | Capital One PO Box 60000 Attn: Bankruptcy Dept Seattle, WA 98190 | | | | | |
| | Capital One PO Box 60000 Attn: Bankruptcy Dept Seattle, WA 98190 | | | | | |
| | CashNetUSA.com 200 W Jackson Blvd 14th Floor Chicago, IL 60606 | | | | | |
| | CashNetUSA.com 200 W Jackson Blvd 14th Floor Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cbcs Po Box 163250 Columbus, OH 43216 | | | | | |
| | Cbcs Po Box 163250 Columbus, OH 43216 | | | | | |
| | Chart One, Inc. PO BOX 152472 Irving, TX 75015 | | | | | |
| | Chart One, Inc. PO BOX 152472 Irving, TX 75015 | | | | | |
| | Charter One 1 Citizens Drive Riverside, RI 02915 | | | | | |
| | Charter One 1 Citizens Drive Riverside, RI 02915 | | | | | |
| | Chicago Sun Times PO Box 3591 Chicago, IL 60654 | | | | | |
| | Chicago Sun Times PO Box 3591 Chicago, IL 60654 | | | | | |
| | Com Ed Customer Care Center PO Box 805379 Chicago, IL 60680 | | | | | |
| | Com Ed Customer Care Center PO Box 805379 Chicago, IL 60680 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comcast 4851 N. Milwaukee Chicago, IL 60630 | | | | | |
| | Comcast 4851 N. Milwaukee Chicago, IL 60630 | | | | | |
| | Complete Credit Soluti 2921 Brown Trl Bedford, TX 76021 | | | | | |
| | Complete Credit Soluti 2921 Brown Trl Bedford, TX 76021 | | | | | |
| | Crd Prt Asso Attn: Bankruptcy Po Box 802068 Dallas, TX 75380 | | | | | |
| | Crd Prt Asso Attn: Bankruptcy Po Box 802068 Dallas, TX 75380 | | | | | |
| | Credit One Bank PO Box 98873 Las Vegas, NV 89193 | | | | | |
| | Credit One Bank PO Box 98873 Las Vegas, NV 89193 | | | | | |
| | Direct Tv PO Box 78626 Phoenix, AZ 85062 | | | | | |
| | Direct Tv PO Box 78626 Phoenix, AZ 85062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fingerhut PO Box 1250 Saint Cloud, MN 56395 | | | | | |
| | Fingerhut PO Box 1250 Saint Cloud, MN 56395 | | | | | |
| | First Cash Advance 4853a Broadway Chicago, IL 60640 | | | | | |
| | First Cash Advance 4853a Broadway Chicago, IL 60640 | | | | | |
| | First Cash Financial Services PO Box 910 Euless, TX 76039 | | | | | |
| | First Cash Financial Services PO Box 910 Euless, TX 76039 | | | | | |
| | Geico 4295 Ocmulgee East Blvd Macon, GA 31295 | | | | | |
| | Geico 4295 Ocmulgee East Blvd Macon, GA 31295 | | | | | |
| | Jefferson Capital Syst 16 Mcleland Rd Saint Cloud, MN 56303 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jefferson Capital Syst 16 Mcleland Rd Saint Cloud, MN 56303 | | | | | |
| | Kevin Patrick Shea Ungaretti & Harris LLP 2500 Three First National Plaza Chicago, IL 60602 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | MCI Residential POBox 9644 Mission Hills, CA 91346 | | | | | |
| | MCI Residential POBox 9644 Mission Hills, CA 91346 | | | | | |
| | One Iron Ventures Inc. 1238 n ashland Chicago, IL 60622 | | | | | |
| | One Iron Ventures Inc. 1238 n ashland Chicago, IL 60622 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PC Campbell PO BOX 15497 Wilmington, DE 19850 | | | | | |
| | PC Campbell PO BOX 15497 Wilmington, DE 19850 | | | | | |
| | Plains Commerce Bank Po Box 89937 Sioux Falls, SD 57109 | | | | | |
| | Plains Commerce Bank Po Box 89937 Sioux Falls, SD 57109 | | | | | |
| | RMCB POBox 1234 Elmsford, NY 10523 | | | | | |
| | RMCB POBox 1234 Elmsford, NY 10523 | | | | | |
| | Rush Oak Park Hospital 520 S Maple Ave Oak Park, IL 60304 | | | | | |
| | Rush Oak Park Hospital 520 S Maple Ave Oak Park, IL 60304 | | | | | |
| | Rush Oak Park Hospital 520 S Maple Ave Oak Park, IL 60304 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush Oak Park Hospital 520 S Maple Ave Oak Park, IL 60304 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Servicing Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Servicing Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Silkies PO Box 70101 Philadelphia, PA 19176 | | | | | |
| | Silkies PO Box 70101 Philadelphia, PA 19176 | | | | | |
| | Sinai Health System 2750 W 15th Place Chicago, IL 60608 | | | | | |
| | Sinai Health System 2750 W 15th Place Chicago, IL 60608 | | | | | |
| | Sprint PO Box 541023 Los Angeles, CA 90054-1023 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sprint PO Box 541023 Los Angeles, CA 90054-1023 | | | | | |
| | State Farm Insurance PO Box 2329 Bloomington, IL 61702 | | | | | |
| | State Farm Insurance PO Box 2329 Bloomington, IL 61702 | | | | | |
| | Stratford Career Institute 12 Champlain Commons PO BOX 1560 Saint Albans, VT 05478 | | | | | |
| | Stratford Career Institute 12 Champlain Commons PO BOX 1560 Saint Albans, VT 05478 | | | | | |
| | Sun Cash Loans 598 Torrence Ave Calumet City, IL 60409 | | | | | |
| | Sun Cash Loans 598 Torrence Ave Calumet City, IL 60409 | | | | | |
| | T Mobile P.O. Box 742596 Cincinnati, OH 45274 | | | | | |
| | T Mobile P.O. Box 742596 Cincinnati, OH 45274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tracey Lynn Truesdale Ogletree, Deakins, Nash, Smoak & St 155 N. Wacker, Suite 4300 Chicago, IL 60606 | | | | | |
| | US Cellular P.O. Box 0203 Palatine, IL 60055 | | | | | |
| | US Cellular P.O. Box 0203 Palatine, IL 60055 | | | | | |
| | Uscb Corporation 101 Harrison St Archbald, PA 18403 | | | | | |
| | Uscb Corporation 101 Harrison St Archbald, PA 18403 | | | | | |
| | Vengroff, Williams & Associates,Inc P.O. Box 4155 Sarasota, FL 34230-4155 | | | | | |
| | Vengroff, Williams & Associates,Inc P.O. Box 4155 Sarasota, FL 34230-4155 | | | | | |
| | Viking Collection Service 7500 Office Ridge Cir Eden Prairie, MN 55344 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Viking Collection Service 7500 Office Ridge Cir Eden Prairie, MN 55344 |  |  |  |  |  |
|  | Virginia Lampton 1444 N Lawler Floor 1 Chicago, IL 60651 |  |  |  |  |  |
|  | Virginia Lampton 1444 N Lawler Floor 1 Chicago, IL 60651 |  |  |  |  |  |
|  | Visa PO BOX 30050 Tampa, FL 33630 |  |  |  |  |  |
|  | Visa PO BOX 30050 Tampa, FL 33630 |  |  |  |  |  |
|  | West Subruban Hospital 3 Erie Court Oak Park, IL 60302 |  |  |  |  |  |
|  | West Subruban Hospital 3 Erie Court Oak Park, IL 60302 |  |  |  |  |  |
| 3 | American Infosource Lp As Agent For |  |  |  |  |  |
| 4 | American Infosource Lp As Agent For |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Lvnv Funding Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-01813 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|---|
| Case Name: | ANGELA JONES | | | | | Date Filed (f) or Converted (c): | 01/18/2011 (f) |
| | | | | | | 341(a) Meeting Date: | 03/03/2011 |
| For Period Ending: | 10/22/2012 | | | | | Claims Bar Date: | 06/30/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Checking Account | 325.00 | 0.00 | | 0.00 | FA |
| 2.  Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3.  Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 4.  Estimated Tax Return | 800.00 | 0.00 | | 0.00 | FA |
| 5.  1995 Honda Civic | 1,560.00 | 0.00 | | 0.00 | FA |
| 6.  Employment Discrimination Case (u) | Unknown | 26,000.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,085.00 | $26,000.00 | | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order approving 9019 Motion entered on January 10, 2012.  Settlement funds should be received following appeal period.  Trustee anticipates that TFR will be prepared in February 2012.

Initial Projected Date of Final Report (TFR): 12/31/2013          Current Projected Date of Final Report (TFR): 12/31/2013

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-01813 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: ANGELA JONES | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6276 |
| | Checking |
| Taxpayer ID No: XX-XXX5070 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 10/22/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx6785 | Transfer of Funds | 9999-000 | $23,025.00 | | $23,025.00 |
| 09/14/12 | 1001 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,052.50 | $19,972.50 |
| 09/14/12 | 1002 | Neal Gerber & Eisenberg LLP 2 North LaSalle Street Suite 1700 Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $17,489.55 | $2,482.95 |
| 09/14/12 | 1003 | Lois West, CPA Popowcer Katten, Ltd. 35 E. Wacker Dr., Suite 1550 Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $828.00 | $1,654.95 |
| 09/14/12 | 1004 | Lvnv Funding Llc Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Final distribution to claim 2 representing a payment of 72.06 % per court order. | 7100-000 | | $663.28 | $991.67 |
| 09/14/12 | 1005 | American Infosource Lp As Agent For Us Cellular Po Box 248838 Oklahoma City, Ok 73124-8838 | Final distribution to claim 3 representing a payment of 72.06 % per court order. | 7100-000 | | $650.79 | $340.88 |
| 09/14/12 | 1006 | American Infosource Lp As Agent For T Mobile/T-Mobile Usa Inc Po Box 248848 Oklahoma City, Ok 73124-8848 | Final distribution to claim 4 representing a payment of 72.06 % per court order. | 7100-000 | | $340.88 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $23,025.00 | $23,025.00 |
| Less: Bank Transfers/CD's | $23,025.00 | $0.00 |
| Subtotal | $0.00 | $23,025.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $23,025.00 |

Page Subtotals: $23,025.00   $23,025.00

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 11-01813 | Trustee Name: DEBORAH M. GUTFELD | Exhibit 9 |
|---|---|---|
| Case Name: ANGELA JONES | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX6497 | |
| | Money Market Account | |
| Taxpayer ID No: XX-XXX5070 | Blanket Bond (per case limit): $100,000.00 | |
| For Period Ending: 10/22/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 11-01813 | Trustee Name:  DEBORAH M. GUTFELD |
| Case Name:  ANGELA JONES | Bank Name:  Bank of America |
| | Account Number/CD#:  XXXXXX6756 |
| | Money Market Account |
| Taxpayer ID No:  XX-XXX5070 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending:  10/22/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/12 | | Dell USA LP<br>One Dell Way<br>Round Rock, TX 78682-1810 | Settlement from employment discrimination case | 1129-000 | $23,025.00 | | $23,025.00 |
| 05/21/12 | | Transfer to Acct # xxxxxx6785 | Transfer of Funds from MMA account xxx6756 to Checking account xxx6785 | 9999-000 | | $23,025.00 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $23,025.00 | $23,025.00 |
| Less: Bank Transfers/CD's | $0.00 | $23,025.00 |
| Subtotal | $23,025.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $23,025.00 | $0.00 |

Page Subtotals:                                    $23,025.00        $23,025.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-01813 | Trustee Name: DEBORAH M. GUTFELD | |
| Case Name: ANGELA JONES | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX6785 | |
| | Checking | |
| Taxpayer ID No: XX-XXX5070 | Blanket Bond (per case limit): $100,000.00 | |
| For Period Ending: 10/22/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/21/12 | | Transfer from Acct # xxxxxx6756 | Transfer of Funds from MMA account xxx6756 to Checking account xxx6785 | 9999-000 | $23,025.00 | | $23,025.00 |
| 08/31/12 | | Transfer to Acct # xxxxxx6276 | Transfer of Funds | 9999-000 | | $23,025.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $23,025.00 | $23,025.00 |
| Less: Bank Transfers/CD's | $23,025.00 | $23,025.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:                    $23,025.00        $23,025.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6276 - Checking | $0.00 | $23,025.00 | $0.00 |
| XXXXXX6497 - Money Market Account | $0.00 | $0.00 | $0.00 |
| XXXXXX6756 - Money Market Account | $23,025.00 | $0.00 | $0.00 |
| XXXXXX6785 - Checking | $0.00 | $0.00 | $0.00 |
| | $23,025.00 | $23,025.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $23,025.00 |
| Total Gross Receipts: | $23,025.00 |

Page Subtotals:                    $0.00            $0.00